UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA


IGNACIO CEJA

_____,          CASE NO.  C 13-03735 JST _____
                Plaintiff(s),


         v.                         STIPULATION AND [PROPOSED]
 DENNY'S, INC. and DOES             ORDER SELECTING ADR PROCESS
 1-10 _____,
                Defendant(s).
_____/


        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐      Non-binding Arbitration (ADR L.R. 4)
☐      Early Neutral Evaluation (ENE)   (ADR L.R. 5)
☐      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☑      Private ADR (*please identify process and provider*) __The parties have_____

 discussed early private mediation, but have not yet agreed on a mediator or a date._____

The parties agree to hold the ADR session by:
☐      the presumptive deadline *(The deadline is 90 days from the date of the order
       referring the case to an ADR process unless otherwise ordered. )*

☑      other requested deadline __January 15, 2014_____


Dated: _11/1/13_____                        _/s Jean Hyams_____
                                            Attorney for Plaintiff


Dated: _11/1/13_____                       _/s Galen Lichtenstein_____
                                            Attorney for Defendant


CONTINUE TO FOLLOWING PAGE

**[PROPOSED]** **ORDER**

☑    The parties' stipulation is adopted and IT IS SO ORDERED.

☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.



Dated:  November 1, 2013

_____

HON. JON S. TIGAR

UNITED STATES DISTRICT JUDGE

---

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11