JEAN K. HYAMS, ESQ., State Bar No. 144425
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel.: (510) 318-7700
Fax: (510) 318-7701
E-Mail: jean@levyvinick.com
       katherine@levyvinick.com

Attorneys for Plaintiff Ignacio Ceja

**FILED**

APR 21 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO CEJA,<br><br>        Plaintiff,<br><br>v.<br><br>DENNY'S INC. and DOES 1-10,<br><br>        Defendants. | Case No. C 13-03735 JST<br><br>~~STIPULATION REGARDING CONTINUANCE OF SCHEDULING ORDER DEADLINES AND [PROPOSED]~~ ORDER |

The parties to this matter, by and through their undersigned counsel, request that the Court issue a new Scheduling Order moving the trial and related deadlines by approximately 90 days as set forth in the stipulated schedule below.

I.  **GOOD CAUSE EXISTS FOR THE CONTINUANCE OF THE SCHEDULING ORDER DEADLINES**

The parties believe good cause supports the need for a continued trial date and related deadlines based on the following:

- The parties staged discovery in order to focus on early settlement discussions and mediation. Only limited discovery was conducted from mid December to early February, and private mediation was held on February 6, 2014.

1



# [PROPOSED] ORDER

The court having considered the stipulation, finds good cause exists to modify the current scheduling order deadlines.

Good cause appearing therefore, IT IS ORDERED that the Scheduling Order Deadlines be continued as set forth below.

| Event | Date |
|---|---|
| Fact discovery cut-off | 9/5/14 |
| Expert disclosures | 11/14/14 |
| Expert rebuttal | 11/28/14 |
| Expert discovery cut-off | 12/12/14 |
| Deadline to file dispositive motions | 9/26/14 |
| Pretrial conference statement due | 12/9/14 |
| Pretrial conference | 1/9/15 ~~12/19/14~~ at 2:00 p.m. |
| Trial | 1/26/15 ~~1/5/2015~~ at 8:30 a.m. |
| Estimate of trial length (in days) | 5 days |



SO ORDERED.

DATED: 4/21/15

Judge Jon S. Tigar
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES
Case No. C 13-03735 JST