JEAN K. HYAMS, ESQ., State Bar No. 144425
KATHERINE SMITH, ESQ., State Bar No. 295726
LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Suite 1300
Oakland, CA 94612
Tel.: (510) 318-7700
Fax: (510) 318-7701
E-Mail: jean@levyvinick.com
        katherine@levyvinick.com

Attorneys for Plaintiff
IGNACIO CEJA


NANCY E. PRITIKIN, Bar No. 102392
nepritikin@littler.com
GALEN M. LICHTENSTEIN, Bar No. 251274
glichtenstein@littler.com
LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, California 94108.2693
Telephone:  415.433.1940
Facsimile:  415.399.8490

Attorneys for Defendant
DENNY'S, INC.


UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IGNACIO CEJA,<br><br>    Plaintiff,<br>v.<br><br>DENNY'S, INC. and DOES 1-10<br><br>    Defendants. | Case No. C 13-03735 JST<br><br>**JOINT STIPULATON AND <s>[PROPOSED]</s> ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Date: July 28, 2014<br>Time: 9:30 AM<br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: July 5, 2013 |

///

1

JOINT STIPULATION AND
<s>[PROPOSED]</s> ORDER FOR DISMISSAL WITH PREJUDICE
U.S.D.C., N.D. CAL.-- Case No. C 13-03735 JST

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: July 23, 2014        LEVY VINICK BURRELL HYAMS LLP

By: _____
KATHERINE L. SMITH
Attorneys for Plaintiff
IGNACIO CEJA

DATED: July 24, 2014        LITTLER MENDELSON, P.C.

By: _____
GALEN M. LICHTENSTEIN
Attorneys for Defendant
DENNY'S, INC.

## ORDER

The stipulation is approved. The Court hereby ORDERS that the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: July 25, 2014

IT IS SO ORDERED
Judge Jon S. Tigar

JOINT STIPULATION AND
[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
U.S.D.C., N.D. CAL.-- Case No. C13-03735 JST